UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUIS ANTONIO RIVAS,<br>    Plaintiff | :<br>:<br>: |
| v. | : CIVIL NO. 1:12-CV-1689<br>: |
| PA DEPARTMENT OF<br>CORRECTIONS *et al.*,<br>    Defendants | :<br>:<br>: |

*O R D E R*

AND NOW, this 1st day of October, 2012, upon consideration of the report and recommendation of the magistrate judge (Doc. 7), filed September 4, 2012, to which no objections were filed, and upon independent review of the record, it is ORDERED that:

    1. The magistrate judge's report (Doc. 7) is adopted.

    2. The clerk of court shall transfer this case to the United States District Court for the Western District of Pennsylvania.

                                          /s/ William W. Caldwell
                                          William W. Caldwell
                                          United States District Judge